IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

EDWARD SNYDER                                                                    PLAINTIFF

v.                                    Case No. 6:25-cv-6122

FRANK BISIGNANO,
Commissioner Social Security Administration                                     DEFENDANT

## ORDER

Before the Court is the Report and Recommendation (ECF No. 13) filed May 19, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.  The Court has reviewed this case, and being well and sufficiently advised, finds that the Report and Recommendation (ECF No. 13) is proper and should be adopted in its entirety.  Accordingly, the Court hereby adopts the Report and Recommendation.  ECF No. 13.  Defendant's Unopposed Motion for Reversal and Remand (ECF No. 12) is **GRANTED**.  This decision of the Administrative Law Judge is **REVERSED**, and this case is **REMANDED** to the Commissioner for further administrative review pursuant to Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**, this 24th day of June, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge