IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION


EDWARD SNYDER                                                        PLAINTIFF

v.                                    Case No. 6:25-cv-6122

COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION                                                      DEFENDANT


**ORDER**

Before the Court is the Report and Recommendation filed on July 6, 2026, by the Honorable Spencer G. Singleton, United States Magistrate Judge for the Western District of Arkansas.  ECF No. 17.  Judge Singleton recommends that Plaintiff's Unopposed Motion for Award of Attorney Fees (ECF No. 16) be granted.  No party has filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1).  Upon consideration, the Court **ADOPTS** the Report and Recommendation (ECF No. 17) in its entirety.  Plaintiff's motion (ECF No. 16) is **GRANTED**, and Plaintiff is awarded attorney's fees in the amount of $7,887.02.

**IT IS SO ORDERED**, this 13th day of August, 2026.

/s/ John Thomas Shepherd
John Thomas Shepherd
United States District Judge